**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 95-2361**

─────────────

DAVID FRANKLIN BLACK, in propria persona, qui
tam, a legally adjudicated total and permanent
physically disabled American veteran, in forma
pauperis, a custodial single parent,

Plaintiff - Appellant,

versus

KERRY NEWCOMBE, authorized representative Com-
monwealth of Virginia, Division of Child Sup-
port Enforcement (DCSE) Department of Social
Services, Winchester, VA; KATHLEEN GRIFFIN,
DCSE; DIANE DEVINE,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Chief
District Judge. (CA-95-763-A)

─────────────

Submitted: December 26, 1996        Decided: January 24, 1997

─────────────

Before WIDENER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

David Franklin Black, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for appointment of counsel. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Black v. Newcombe, No. CA-95-763-A (E.D. Va. June 8, 1995); see Equipment Fin. Group, Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347-48 (4th Cir. 1992) (discussing appellate review of premature appeals under the doctrine of cumulative finality). We note that Appellant's failure to note an appeal of the district court's March 19, 1996, order deprives us of jurisdiction to consider that order. We deny Appellant's renewed motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED